CHRISTINE PURNELL, PLAINTIFF-APPELLANT, v. THE CITY OF BRIDGETON; ELMER BRIGGS, IN HIS CAPACITY AS DIRECTOR OF WELFARE FOR THE CITY OF BRIDGETON; AND DOROTHY DAVIS, AS ASSISTANT DIRECTOR OF WELFARE FOR THE CITY OF BRIDGETON, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Submitted March 22, 1977—Decided June 21, 1977.

Before Judges MATTHEWS, SEIDMAN and HORN.

*Ms. Linda G. Rosenzweig,* Camden Regional Legal Services, Inc., attorney for appellant (*Mr. Michael S. Berger,* Farmworkers Rights Project Civil Liberties Education and Action Fund of the American Civil Liberties Union, of counsel).

*Mr. Allan H. Harbert,* attorney for defendants-respondents.

*Mr. William F. Hyland,* Attorney General, attorney for intervenor-respondent Department of Institutions and Agencies, Division of Public Welfare (*Mr. Stephen Skillman,* Assistant Attorney General, of counsel; *Mr. Richard M. Hluchan,* Deputy Attorney General, on the brief).

PER CURIAM. The judgment of the Juvenile and Domestic Relations Court is affirmed substantially for the reasons expressed in Judge Testa's reported opinion.